In the Matter of WILLIAM J. GOODWIN, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 30, 1941; decided October 30, 1941.

*Bernard D'Arcy* and *Raymond Keran O'Brien* for appellant.

*Milton H. Friedman* and *Michael A. Castaldi* for Harold Haynes, respondent.

*William C. Chanler, Corporation Counsel (Seymour B. Quel* of counsel), for Board of Elections, respondent.

Order affirmed, without costs. The record presents at most a question of fact which we have no power to consider. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.